# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LUCIO MARTINEZ ROJAS,<br><br>*Defendant.* | DOCKET NO. 3:25-CR-349-KDB<br><br><br>UNOPPOSED MOTION TO CONTINUE TRIAL DATE & PRETRIAL MOTIONS DEADLINE |

Lucio Martinez Rojas, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the trial date presently scheduled for March 2, 2026, along with the pretrial motions deadline. As grounds therefore, it is averred:

1. On January 6, 2026, Mr. Martinez Rojas was arraigned on a ten-count Bill of Indictment, charging him with three counts of Hobbs Act robbery, pursuant to 18 U.S.C. § 1951 (Counts 1, 3, and 5); four counts of possessing and brandishing a firearm in furtherance of a crime of violence, pursuant to 18 U.S.C. § 924(c) (Counts 2, 4, 6, and 8); one count of carjacking, pursuant to 18 U.S.C. § 2119 (Count 7); one count of possession of a firearm by an unlawful immigrant, pursuant to 18 U.S.C. § 922(g)(5) (Count 9); and one count of illegally reentering the country following deportation, pursuant to 8 U.S.C. § 1326(a) (Count 10). He was appointed counsel and ordered detained pending trial.

2. Less than thirty days have passed since Mr. Martinez Rojas's arraignment, and just over 55 days will have passed by the time of the currently scheduled trial date.

3. Mr. Martinez Rojas faces a significant sentence in this matter, including mandatory

minimum sentences totaling at least 20 years consecutive to any other sentence he may receive. Counsel needs additional time to review discovery with Mr. Martinez Rojas and to investigate Mr. Martinez Rojas's case in order to effectively negotiate with the government and prepare it for trial.

4. This is Mr. Martinez Rojas's first motion for a continuance of this matter.

5. For the same reasons stated above, Mr. Martinez Rojas needs additional time to research related legal and factual issues that may arise from reviewing discovery, interviewing Mr. Martinez Rojas, and investigating the case.

6. The government does not oppose the granting of this motion.

**WHEREFORE,** Mr. Martinez Rojas respectfully requests a continuance of his trial date and a corresponding extension of the pretrial motions deadline.

Respectfully submitted:

s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
jp_davis@fd.org
*Attorney for Lucio Martinez Rojas*

DATE: January 29, 2026